IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: Ascalade Communications Inc. and )
Ascalade Technologies Inc. ) Case No. _____
)
) Chapter 15
Debtors in a Foreign Proceeding. )
)

## AFFIDAVIT OF GREG ALLEN

I, Greg Allen, Businessman, of 12051 Riverside Way, Richmond, British Columbia, V6W 1K7, MAKE OATH AND SAY AS FOLLOWS:

1.  I am the President of Ascalade Communications Inc., and as such have personal knowledge of the facts hereinafter deposed to except where the same are stated to be based upon information and belief, which facts I verily believe to be true.

2.  I am authorized to swear this Affidavit on behalf of Ascalade Communications Inc. ("**Communications**").

3.  Communications is a company incorporated in Canada under the laws of the Province of British Columbia and is a public company listed on the Toronto Stock Exchange under the symbol of ACG:TO.

4.  Communications is the parent company for the Ascalade Group of Companies (the "**Group**"). It is a holding company for, *inter alia*, the shares of Ascalade Technologies Inc. ("**Technologies**"). Technologies is a company incorporated in Canada under the federal laws of Canada, and is a wholly owned subsidiary of Communications.

5.  The registered office for Communications is located at 1200 Waterfront Centre, 200 Burrard Street, Vancouver, British Columbia, V7X 1T2. The business office for each of Communications and Technologies is located at 12051 Riverside Way, Richmond, British Columbia, V6W 1K7 (the "**Head Office**").

- 1 -

6.         The Executive Team for the Group are all located at the Head Office, except for one executive who resides in Hong Kong. The business and corporate development for the Group is guided and administered by the Executive Team from the Head Office. The operations of the Group are managed by and financially supported by the Head Office with consolidated revenues for the Group reported by Communications. The products which are manufactured by members of the Group are developed from the Head Office. Essentially, the nerve centre for the Group is the Head Office.

7.         On March 3, 2008, Communications and Technologies filed a Petition in the Supreme Court of British Columbia under the *Companies' Creditors Arrangement Act*, the *Canada Business Corporations Act*, and the *British Columbia Business Corporations Act* for a stay of proceedings in order to enable them to file a Plan or Plans of Arrangement with their creditors.

9.         Communications is a defendant in the action **Riparius Ventures LLC v. Ascalade Communications, Inc.,** pending in the Northern District of Illinois as matter number 07 C 3063.

SWORN BEFORE ME at the City of         )
Vancouver, in the Province of British      )
Columbia, this 23 day of April, 2008      )
                                          )
_____      )
A Notary Public in and for the Province   )   Greg Allen
of British Columbia

GEOFFREY THOMPSON
BARRISTER & SOLICITOR
900 Waterfront Centre, 200 Burrard Street
P.O. Box 48600, Vancouver, Canada V7X 1T2
(604) 640-4151

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: Ascalade Communications Inc. and Ascalade Technologies Inc. | ) ) ) ) ) ) ) | Case No. _____  Chapter 15 |
| Debtors in a Foreign Proceeding. | | |

**AFFIDAVIT OF GREG ALLEN**

**GT/ (551155/000018)**

BORDEN LADNER GERVAIS LLP
1200 Waterfront Centre
200 Burrard Street
P.O. Box 48600
Vancouver, British Columbia
V7X 1T2
Telephone: (604) 687-5744
Attn: Geoff Thompson